IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00822-CNS-MDB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 506 NORTH 12TH STREET, ROCKY FORD, COLORADO;
2. **APPROXIMATELY $7,800.00 IN UNITED STATES CURRENCY;**
3. **(20) ASSORTED U.S. COINS AND SILVER BAR;**
4. **APPROXIMATELY $12,054.00 IN UNITED STATES CURRENCY;**
5. GLOCK 48 9MM PISTOL S/N BVXM520, MAGAZINE AND SEVEN 9MM AMMUNITION ROUNDS;
6. **2017 GMC SIERRA DENALI, VIN: 3GTU29EJ6HG435985; AND**
7. **APPROXIMATELY $610.00 IN UNITED STATES CURRENCY,**

    Defendants.

---

### MOTION FOR FINAL ORDER OF FORFEITURE AS TO CERTAIN DEFENDANT ASSETS CLAIMED BY HECTOR RODRIGUEZ-GAMBOA

---

COMES NOW the United States of America, by and through United States Attorney Peter McNeilly and Assistant United States Attorney Zachary Phillips, and pursuant to 21 U.S.C. § 881 moves for Final Order of Forfeiture as to certain defendant property. In support, Plaintiff states:

    1.    On March 25, 2024, pursuant to 21 U.S.C. § 881 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions

("Rule G")[1], the United States filed a *Verified Complaint for Forfeiture In Rem* ("Verified Complaint") seeking forfeiture of the defendant asset. All of the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture. Doc. 3.

2. On August 13, 2024, pursuant to Rule G(4)(b), the United States provided direct notice to all known potential claimants via regular and certified mail return receipt requested as evidenced by the plaintiff's Certificates of Service filed with the Court. Doc. 12. The deadline for any interested party who received the Notice of Complaint for Forfeiture to file a claim in this action asserting an interest in the defendant asset was September 17, 2024. Doc. 12 at 1.

3. On September 17, 2024, Claimant Hector Rodriguez-Gamboa filed a claim asserting an interest in the following defendant assets:

   a. Approximately $7,800.00 in United States currency (defendant asset #2);
   b. (20) Assorted US Coins and Silver Bar (defendant asset #3);
   c. Approximately $12,054.00 in United States currency (defendant asset #4);
   d. 2017 GMC Sierra Denali, VIN 3GTU29EJ6HG435985 (defendant asset #6); and
   e. Approximately $610.00 in United States currency (defendant asset #7). Doc. 13.

4. Claimant Hector Rodriguez-Gamboa is the only party to file a claim against the above-listed defendant assets.

---

[1] The Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions are included in the *Federal Civil Judicial Procedures and Rules* immediately following the numbered Federal Rules of Civil Procedure. In the 2024 Revised Edition, Rule G begins on page 286.

5. On July 9, 2024, Hector Manuel Rodriguez-Gamboa, a/k/a "Titis," a/k/a "Paisa," was charged by Superseding Indictment Count One, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) – Distribution and possession with intent to distribute 50 grams and more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in Count Two, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution and possession with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; in Count Three, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) – Possession with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in Count Four, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) – Possession with intent to distribute 50 grams and more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and in Count Five, a violation of 18 U.S.C. § 922(g) – Possession of a Firearm by a prohibited person. (Doc. 29 at 1-3). The Superseding Indictment also alleged forfeiture pursuant to pursuant to the allegations contained in Counts One through Four of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853. The allegations contained in Count Five of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). (Doc. 29 at 3-4).

(*United States v. Hector Manuel Rodriguez-Gamboa*, a/k/a "Titis," a/k/a "Paisa," 23-cr-00243-DDD, Doc. 29 at 3-4).

6. On February 13, 2025, the United States and defendant Hector Manuel Rodriguez-Gamboa, a/k/a "Titis," a/k/a "Paisa," entered into a Plea Agreement. (Doc. 57). The Plea Agreement provides that defendant Hector Manuel Rodriguez-Gamboa, a/k/a "Titis," a/k/a "Paisa," agreed to plead guilty to Count Three of the Superseding Indictment charging a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi), Possession with Intent to Distribute 400 Grams or More of a mixture of a substance containing a detectable amount of fentanyl. Doc. 57 at 1. The defendant further admitted the forfeiture allegations, and agreed to forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture pursuant to 18 U.S.C. § 853, whether in possession or control of the United States, the defendant, the defendant's nominees, or elsewhere. The assets to be forfeited specifically include, but are not limited to: $7,800 in United States currency seized from the defendant's person on May 4, 2023; $610 in United States currency seized from the defendant's person on May 4, 2023; $12,054 seized from the property at 506 N. 12th Street, Rocky Ford, Colorado on May 4, 2023; and 20 assorted U.S. coins and silver bars seized from the property at 506 N. 12t Street, Rocky Ford, Colorado on May 4, 2023. The defendant also agrees to forfeit any right that he has to the following assets: a 2017 GMC Sierra Denali, VIN: 3GTU29EJ6HG435985, seized from the property at 506 N. 12th Street, Rocky Ford, Colorado on May 4, 2023; and the real property located at 506 N. 12th Street, Rocky Ford, Colorado. (Doc. 57 at 1, 4-6, 7-10). He also agreed

and consents to the forfeiture of these assets pursuant to any federal criminal, civil, and/or administrative forfeiture action and further agrees to cooperate and assist the government in the forfeiture of the above-identified assets, including providing information on any third-party claims and providing testimony in any related third-party claims and providing testimony in any related third-party ancillary proceeding.   (*United States v. Hector Manuel Rodriguez-Gamboa, a/k/a "Titis," a/k/a "Paisa,"* 23-cr-00243-DDD, Doc. 57).   Accordingly, Claimant Hector Manuel Rodriguez-Gamboa, a/k/a "Titis," a/k/a "Paisa," consented to the forfeiture of all of the defendant assets in this case.

7. Pursuant to Rule G(4)(a), notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on September 7, 2024, as evidenced by the United States' Notice of Publication. Doc. 15-1 at 2. Pursuant to Rule G(5)(a)(ii)(B), the deadline for any interested party who received notice of this action through the website to file a claim in this action asserting an interest in the defendant asset was November 6, 2024.

8. To date, no individual or entity has filed a claim, answer, or other responsive pleading as to the defendant assets, and the time for any interested party to do so has elapsed

9. Accordingly, all third party interests have been resolved as to the above listed defendant assets and the time for doing so has expired.

10. Upon entry of the Final Order of Forfeiture, all issues regarding the above listed defendant assets in this civil forfeiture action will be resolved.

WHEREFORE the United States respectfully requests that this Court enter a Final Order of Forfeiture, in accordance with Claimant Hector Manuel Rodriguez-Gamboa, a/k/a "Titis," a/k/a "Paisa," Withdrawal of Verified Claims as to the following defendant assets shall be forfeited to the United States:

- a. Approximately $7,800.00 in United States currency (defendant asset #2);
- b. (20) Assorted US Coins and Silver Bar (defendant asset #3);
- c. Approximately $12,054.00 in United States currency (defendant asset #4);
- d. 2017 GMC Sierra Denali, VIN 3GTU29EJ6HG435985 (defendant asset #6); and
- e. Approximately $610.00 in United States currency (defendant asset #7).

The United States further respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the Clerk of the Court to enter Judgment as to the above mentioned defendant assets for the reasons set forth above.

DATED this 1st day of December, 2025.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By: *s/ Zachary Phillips*
Zachary Phillips
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: zachary.phillips@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of December, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record, and will mail the same via regular and certified mail to the following:

Hector Manuel Rodriguez-Gamboa
506 North 12th Street
Rocky Ford, CO 81067
**Cert No. 7015 0920 0001 7838 7442**

Hector Manuel Rodriguez-Gamboa
Washington County Jail
26861 US Highway 34
Akron, CO 80720
**Cert No. 7015 0920 0001 7838 7459**

Hector Manuel Rodriguez-Gamboa
Washington County Sheriff's Office
26861 US Highway 34
Akron, CO 80720
**Cert No. 7015 0920 0001 7809 7466**

Gary K. Springstead, Esq.
Springstead Bartish Borgula & Lynch Law
60 Monroe Center Street NW, #500
Grand Rapids, MI 49503
**Cert No. 7015 0920 0001 7838 7473**

Sabrina Harmon
506 North 12th Street
Rocky Ford, CO   81067
**Cert No. 7015 0920 0001 7838 7480**

Sabrina Harmon
219 Sherman Avenue
Ordway, CO 81063
**Cert No. 7015 0920 0001 7838 7497**

                                                        *s/ Charisha Cruz*
                                                        Paralegal Specialist
                                                        U.S. Attorney's Office